# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY ELIZABETH PITRELLO, | Case No.: 2:22-cv-00835-APG-EJY |
| Petitioner | |
| v. | **Order** |
| G. NAJERA, et al., | |
| Respondents | |

Mary Elizabeth Pitrello has submitted a *pro se* petition for writ of habeas corpus (ECF No. 1-1). She has filed an application to proceed *in forma pauperis*, but the financial certificate is incomplete, and she has not submitted inmate account statements. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

This action therefore is subject to dismissal without prejudice as improperly commenced. However, the court will give petitioner 30 days to either (1) pay the $5.00 filing fee or (2) submit a financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. Failure to do so may result in the dismissal of this action without prejudice.

I THEREFORE ORDER that within **30 days** of the date of this order petitioner must submit either the $5.00 filing fee or a completed financial certificate and her inmate account statement for the past six months.

I FURTHER ORDER that if petitioner fails to comply with this order, this action may be dismissed without prejudice.

I FURTHER ORDER that the Clerk of Court retain the petition but not file it at this time.

Dated: June 20, 2022

_____
U.S. District Judge Andrew P. Gordon