Name: Mary Pitrello

Prison Number: 1157225

Place of Confinement: FMWCC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Mary Elizabeth Pitrello, Petitioner,
(Full Name)

vs.

G. NAJERA ET. AL, Respondent,
(Name of Warden, Superintendent, jailor or authorized person having custody of petitioner)

and

The Attorney General of the State of Nevada

CASE NO. _____
(To be supplied by the Clerk)

**PETITION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 BY A PERSON IN STATE CUSTODY (NOT SENTENCED TO DEATH)**

---

1. Name and location of court, and name of judge, that entered the judgment of conviction you are challenging: 8th JUDICIAL, CLARK COUNTY, ERIC JOHNSON

2. Full date judgment of conviction was entered: 04/06/2016 (month/day/year)

3. Did you appeal the conviction? ___ Yes  X  No. Date appeal decided: ___/___/___.

4. Did you file a petition for post-conviction relief or petition for habeas corpus in the state court? X Yes ___ No. If yes, name the court and date the petition was filed: 05/19/2021 8th JUDICIAL 05/19/2021. Did you appeal from the denial of the petition for post-conviction relief or petition for writ of habeas corpus? X Yes ___ No. Date the appeal was decided: 04/29/2022. Have all of the grounds stated in this petition been presented to the state supreme court? X Yes ___ No. If no, which grounds have not? _____

5. Date you are mailing (or handing to correctional officer) this petition to this court: ___/___/___.
**Attach to this petition a copy of all state court written decisions regarding this conviction.**

6. Is this the first federal petition for writ of habeas corpus challenging this conviction? __X__ Yes ____ No. If no, what was the prior case number? _____. And in what court was the prior action filed? _____.
Was the prior action ___ denied on the merits or ___ dismissed for procedural reasons (check one). Date of decision: ___/___/___. Are any of the issues in this petition raised in the prior petition? ___ Yes ___ No. If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this successive petition? ___ Yes ___ No.

7. Do you have any petition, application, motion or appeal (or by any other means) now pending in any court regarding the conviction that you are challenging in this action? ___ Yes __X__ No. If yes, state the name of the court and the nature of the proceedings: _____

8. Case number of the judgment of conviction being challenged: C-13-294084-1
9. Length and terms of sentence(s): 20 - LIFE GUILTY BUT MENTALLY ILL
10. Start date and projected release date: 09/13/2013 - NEVER. LIFE
11. What was (were) the offense(s) for which you were convicted: 1st DEGREE MURDER

12. What was your plea? __X__ Guilty ___ Not Guilty ___ Nolo Contendere. If you pleaded guilty or nolo contendere pursuant to a plea bargain, state the terms and conditions of the agreement: 1st DEGREE MURDER, GUILTY/MENTALLY ILL 20 - LIFE

13. Who was the attorney that represented you in the proceedings in state court? Identify whether the attorney was appointed, retained, or whether you represented yourself *pro se* (without counsel).

| | Name of Attorney | Appointed | Retained | Pro se |
|---|---|---|---|---|
| arraignment and plea | ED KANE | X | | |
| trial/guilty plea | ED KANE | X | | |
| sentencing | ED KANE | X | | |
| direct appeal | N/A | | | |
| 1st post-conviction petition | TERRENCE JACKSON | | X | |
| appeal from post conviction | TERRENCE JACKSON | | X | |
| 2nd post-conviction petition | N/A | | | |
| appeal from 2nd post-conviction | N/A | | | |

2

State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND 1

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my ____SIXTH____ Amendment right to __EFFECTIVE ASSISTANCE__, based on these facts:

Defense counsel did not do even the minimal amount of investigation required, failed to pursue other defenses to show lack of intent based on mens rea and intoxication. Defense counsel inadequately prepared defendant pre-plea, and did not have my consent to make a guilty plea until he coerced me to. Defense counsel failed to file any motion to suppress inculpatory and surreptitious statements made. Counsel failed to provide evidence of gross intoxication and did not present evidence of the inability to form intent to commit first degree murder. Defense counsel made no effort to interview witnesses to show lack of intent or collect statements in regards to the event. Counsel did not seek any experts to prove diminished capacity to form intent to murder, only a "mitigation" secretary was employed.

**Exhaustion of state court remedies regarding Ground 1:**

3

- **Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?
___ Yes  _X_ No.  If no, explain why not: _I was unaware I needed to in a certain amount of time._

- **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?
_X_ Yes  ___ No.  If no, explain why not: _____

If yes, name of court: _8th Judicial DC_  date petition filed _05_/_19_/_2021_.
Did you receive an evidentiary hearing? ___ Yes  _X_ No.  Did you appeal to the Nevada Supreme Court? _X_ Yes ___ No.  If no, explain why not: _____

If yes, did you raise this issue? _X_ Yes ___ No.  If no, explain why not: _____

- **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?
___ Yes  _X_ No.  If yes, explain why: _____

If yes, name of court: _____  date petition filed ___/___/___.
Did you receive an evidentiary hearing? ___ Yes ___ No.  Did you appeal to the Nevada Supreme Court? ___ Yes ___ No.  If no, explain why not: _____

If yes, did you raise this issue? ___ Yes ___ No.  If no, explain why not: _____

- **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on this issue (such as administrative remedies)?  ___ Yes  _X_ No.  If yes, explain: _____

**State concisely every ground for which you claim that the state court conviction and/or sentence is**

4

unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND 2

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my ____FIFTH____ Amendment right to ~~NOT INCRIMINATE ONESELF~~ DUE PROCESS, based on these facts:

The amount of errors and lack of investigation were of such magnitude that this case should be reversed. Defense was ineffective pre-trial, did not do adequate investigation or preparation pretrial.

Exhaustion of state court remedies regarding Ground 2:
- Direct Appeal:

5

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?
___ Yes _X_ No. If no, explain why not: I was unaware I needed to in a certain amount of time.

- **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?
_X_ Yes ___ No. If no, explain why not: _____

If yes, name of court: 8th JUDICIAL DC  date petition filed 05/19/2021.
Did you receive an evidentiary hearing? ___ Yes _X_ No. Did you appeal to the Nevada Supreme Court? _X_ Yes ___ No. If no, explain why not: _____

If yes, did you raise this issue? _X_ Yes ___ No. If no, explain why not: _____

- **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?
___ Yes _X_ No. If yes, explain why: _____

If yes, name of court: _____ date petition filed ___/___/___.
Did you receive an evidentiary hearing? ___ Yes ___ No. Did you appeal to the Nevada Supreme Court? ___ Yes ___ No. If no, explain why not: _____

If yes, did you raise this issue? ___ Yes ___ No. If no, explain why not: _____

- **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on this issue (such as administrative remedies)? ___ Yes _X_ No. If yes, explain: _____

**State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two**

6

extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND 3

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my ___FOURTEENTH___ Amendment right to ___DUE PROCESS___,

based on these facts:

Defense improperly handled this case, neglected to develop any defense strategies and was ill prepared to engage in a difficult trial - thus coercing defendant to take a deal. A mitigation specialist is not a defense strategy. Defense did not act zealously to protect my rights in this case.

**Exhaustion of state court remedies regarding Ground 3:**

- **Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

7

___ Yes _X_ No. If no, explain why not: Unaware of "time bar"

- **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?
_X_ Yes ___ No. If no, explain why not: _____

If yes, name of court: __8th JUDICIAL DC__ date petition filed _05_/_19_/_2021_.
Did you receive an evidentiary hearing? ___ Yes _X_ No. Did you appeal to the Nevada Supreme Court? _X_ Yes ___ No. If no, explain why not: _____

If yes, did you raise this issue? _X_ Yes ___ No. If no, explain why not: _____

- **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?
___ Yes _X_ No. If yes, explain why: _____

If yes, name of court: _____ date petition filed ___/___/___.
Did you receive an evidentiary hearing? ___ Yes ___ No. Did you appeal to the Nevada Supreme Court? ___ Yes ___ No. If no, explain why not: _____

If yes, did you raise this issue? ___ Yes ___ No. If no, explain why not: _____

- **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or sentence overturned based on this issue (such as administrative remedies)? ___ Yes _X_ No. If yes, explain: _____

**WHEREFORE,** petitioner prays that the court will grant him such relief to which he is entitled in this federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 by a person in state custody.

8

_____  
(Name of person who wrote this complaint if not Plaintiff)

_____  
(Signature of Plaintiff)

5-25-22  
_____  
(Date)

_____  
(Signature of attorney, if any)

_____  
_____  
(Attorney's address & telephone number)

## DECLARATION UNDER PENALTY OF PERJURY

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Executed at _____FMWCC_____ on _____5-25-22_____.
  (Location)                          (Date)

_____        1157225
(Signature)                         (Inmate prison number)

9

U.S. District Court filing fee
Nevada

## STATE OF NEVADA
## DEPARTMENT OF CORRECTIONS
## INMATE ACCOUNT TRANSACTION REQUEST

Date: 5-25-22         №  2560656

To: Inmate services

I hereby authorize my account to be charged in the amount of $ 5.00 (Five Dollars $^{00}/100$ Dollars).

Please pay to NDOC

Signature: M. Petta

Print name: Mary Petrello

ID No. 1157225       Institution: FMWCC

Approved by:

| Transfer | Purchase Order | Postage | Other |
|----------|----------------|---------|-------|
|          |                |         |       |

White — Inmate Services
Canary — Institution Copy
Pink — Inmate

DOC 509 (Rev.2/06)