**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY ELIZABETH PITRELLO,<br><br>Petitioner<br><br>v.<br><br>G. NAJERA, et al.,<br><br>Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to File Amended Petition to February 3, 2023**<br><br>**(ECF No. 12)** |

Mary Elizabeth Pitrello moves the court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 12.) Good cause appearing,

I ORDER that petitioner's unopposed motion for extension of time to file an amended petition (ECF No. 12) is GRANTED. **The deadline to file an amended habeas corpus petition is extended to February 3, 2023.**

Dated: December 6, 2022

_____
U.S. District Judge Andrew P. Gordon