# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARY ELIZABETH PITRELLO,

    Petitioner

v.

G. NAJERA, et al.,

    Respondents

Case No.: 2:22-cv-00835-APG-EJY

**Order Granting Extension of Time to File Amended Petition to April 4, 2023**

**(ECF No. 14)**

Mary Elizabeth Pitrello moves the court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 14.) Pitrello, who is represented by the Federal Public Defender, explains that the FPD determined that investigation was necessary and that that investigation is still ongoing. Good cause appearing,

I ORDER that petitioner's unopposed second motion for extension of time to file an amended petition (ECF No. 14) is GRANTED. **The deadline to file an amended habeas corpus petition is extended to April 4, 2023.**

Dated: February 3, 2023

_____
U.S. District Judge Andrew P. Gordon