# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY ELIZABETH PITRELLO,<br><br>Petitioner<br><br>v.<br><br>G. NAJERA, et al.,<br><br>Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to File Amended Petition to June 5, 2023**<br><br>**(ECF No. 16)** |

Mary Elizabeth Pitrello moves the court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 16.) Pitrello, who is represented by the Federal Public Defender, explains that the FPD's investigation into her case is ongoing, including identifying and hiring a mental health expert to conduct an evaluation. Good cause appearing,

I ORDER that petitioner's unopposed third motion for extension of time to file an amended petition (ECF No. 16) is GRANTED. **The deadline to file an amended habeas corpus petition is extended to June 5, 2023.**

Dated: April 5, 2023

_____
U.S. District Judge Andrew P. Gordon