# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY ELIZABETH PITRELLO,<br><br>　　　　Petitioner<br><br>v.<br><br>G. NAJERA, *et al.*,<br><br>　　　　Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to File Amended Petition to August 4, 2023**<br><br>**(ECF No. 18)** |

Mary Elizabeth Pitrello moves the court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 18. The Federal Public Defender who represents Pitrello informs the court that she is in the process of hiring a mental health expert to evaluate Pitrello. Good cause appearing,

I ORDER that petitioner's unopposed fourth motion for extension of time to file an amended petition **(ECF No. 18) is GRANTED**. **The deadline to file an amended habeas corpus petition is extended to August 4, 2023.**

DATED this 12th day of June, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE