# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mary Elizabeth Pitrello,<br><br>    Petitioner<br><br>v.<br><br>G. Najera, *et al.*,<br><br>    Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to File Amended Petition to November 1, 2023**<br><br>[ECF No. 20] |

Mary Elizabeth Pitrello moves the court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 20. The Federal Public Defender who represents Pitrello informs the court that she has hired a mental health expert to evaluate Pitrello, and the expert will meet in-person with Pitrello on September 14, 2023. Good cause appearing,

I ORDER that petitioner's unopposed fifth motion for extension of time to file an amended petition **[ECF No. 20] is GRANTED**. **The deadline to file an amended habeas corpus petition is extended to November 1, 2023.**

DATED this 3rd day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE