# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mary Elizabeth Pitrello,<br><br>　　　Petitioner<br><br>v.<br><br>G. Najera, *et al.*,<br><br>　　　Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to File Amended Petition to January 15, 2024**<br><br>[ECF No. 22] |

Mary Elizabeth Pitrello moves the court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 22. The Federal Public Defender who represents Pitrello informs the court that the mental health expert who evaluated Pitrello has provided a draft report, but additional information is needed to complete the report. Counsel states that some additional investigation is also needed and that she has to coordinate with her investigator's schedule. Good cause appearing, I grant the motion. I am highly unlikely, absent extraordinary circumstances, to grant any further extension.

　　　I ORDER that petitioner's unopposed sixth motion for extension of time to file an amended petition **[ECF No. 22] is GRANTED** *nunc pro tunc*. **The deadline to file an amended habeas corpus petition is extended to January 15, 2024.**

　　　DATED this 2nd day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE