# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Mary Elizabeth Pitrello,

      Petitioner

v.

G. Najera, *et al*.,

      Respondents

Case No.: 2:22-cv-00835-APG-EJY

**Order Granting Extension of Time to File Amended Petition to February 15, 2024**

[ECF No. 24]

Mary Elizabeth Pitrello moves the court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 24. Counsel for Pitrello explains that she needs this extension to finalize the petition and relevant exhibits (including a signed declaration from Pitrello) and indicates that this is the final extension she will seek. Good cause appearing,

I ORDER that petitioner's unopposed seventh motion for extension of time to file an amended petition **[ECF No. 24] is GRANTED** *nunc pro tunc*. **The deadline to file an amended habeas corpus petition is extended to February 15, 2024.**

DATED this 17th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE