# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mary Elizabeth Pitrello, | Case No.: 2:22-cv-00835-APG-EJY |
| Petitioner | |
| v. | **Order Granting Extension of Time to File Response to Amended Petition to July 1, 2024** |
| G. Najera, *et al.*, | |
| Respondents | [ECF No. 28] |

Respondents ask for an extension of time to file a response to Mary Elizabeth Pitrello's amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 28. Good cause appearing,

I ORDER that respondents' unopposed motion for extension of time to file a response to the amended petition **[ECF No. 28] is GRANTED** *nunc pro tunc*. **The deadline to file a response is extended to July 1, 2024.**

DATED this 16th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE