**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mary Pitrello,<br><br>　　　Petitioner<br><br>v.<br><br>William Reubart,[1] et al.,<br><br>　　　Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to File Response to First Amended Petition**<br><br>[ECF No. 30] |

Respondents ask the court for an extension of time to file their response to petitioner's first amended habeas corpus petition. Good cause appearing,

I THEREFORE ORDER that respondents' second motion for extension of time to file a response to the petition **[ECF No. 30] is GRANTED** *nunc pro tunc*. **The deadline to respond is extended to July 31, 2024.**

DATED this 10th day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] According to the state corrections department's inmate locator page, Mary Pitrello is incarcerated at Florence McLure Women's Correctional Center. The department's website reflects William Reubart is the warden for that facility and thus the proper respondent. *See* Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts.