# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mary Pitrello, | Case No.: 2:22-cv-00835-APG-EJY |
| Petitioner | **Order Granting Extension of Time to File Response to First Amended Petition to August 30, 2024** |
| v. | |
| William Reubart, et al., | [ECF No. 33] |
| Respondents | |

Respondents ask the court for an extension of time to file their response to petitioner's first amended habeas corpus petition. Good cause appearing,

I THEREFORE ORDER that respondents' unopposed third motion for extension of time to file a response to the petition **[ECF No. 33] is GRANTED** *nunc pro tunc*. **The deadline to respond is extended to August 30, 2024.**

DATED: August 6, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE