UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ELIZABETH PITRELLO,<br><br>Petitioner<br><br>v.<br><br>G. NAJERA, et al.,<br><br>Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to File Opposition to Motion to Dismiss to December 16, 2024, and Granting Motion to Seal**<br><br>[ECF Nos. 37, 41] |

Mary Elizabeth Pitrello seeks an extension of time to file an opposition to respondents' motion to dismiss her amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 41. Good cause appearing, the motion is granted.

Also before the court is the respondents' motion for leave to file an exhibit under seal. ECF No. 37. While there is a presumption in favor of public access to judicial filings and documents, a party seeking to seal a judicial record may overcome the presumption by demonstrating "compelling reasons" that outweigh the public policies favoring disclosure. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (citations omitted). In general, "compelling reasons" exist where the records may be used for improper purposes. *Kamakana*, 447 F.3d at 1179 (citing *Nixon*, 435 U.S. at 598). Here, the respondents ask to file Pitrello's presentence investigation report ("PSI") under seal because its contents are confidential, under state law it is not to be made part of any public record, and it contains information such as social security numbers and victim identifiers. The court grants the motion to seal.

I THEREFORE ORDER that the petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss **[ECF No. 41] is GRANTED**. **The deadline to oppose is extended to December 16, 2024.**

I FURTHER ORDER that the respondents' motion for leave to file exhibit under seal **[ECF No. 37] is GRANTED** *nunc pro tunc.* The exhibit will remain under seal.

Dated: October 16, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE