**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mary Elizabeth Pitrello,<br><br>　　Petitioner<br><br>v.<br><br>G. Najera, et al.,<br><br>　　Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to File Opposition to Motion to Dismiss to January 15, 2025**<br><br>[ECF No. 43] |

　　Mary Elizabeth Pitrello seeks an extension of time to file an opposition to respondents' motion to dismiss her amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 43. Good cause appearing, the motion is granted.

　　I THEREFORE ORDER that the petitioner's unopposed second motion for extension of time to file an opposition to the motion to dismiss **[ECF No. 43] is GRANTED** *nunc pro tunc*. **The deadline to oppose is extended to January 15, 2025.**

　　DATED this 17th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE