**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mary Elizabeth Pitrello,<br><br>Petitioner<br><br>v.<br><br>G. Najera, et al.,<br><br>Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to File Opposition to Motion to Dismiss to February 7, 2025**<br><br>[ECF No. 45] |

    Mary Elizabeth Pitrello seeks an extension of time to file an opposition to respondents' motion to dismiss her amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 45. Good cause appearing, the motion is granted.

    I THEREFORE ORDER that the petitioner's unopposed third motion for extension of time to file an opposition to the motion to dismiss **[ECF No. 45] is GRANTED** *nunc pro tunc*. **The deadline to oppose is extended to February 7, 2025.**

    DATED this 16th day of January, 2025.

                                                     ANDREW P. GORDON<br>
                                                     CHIEF UNITED STATES DISTRICT JUDGE