# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mary Elizabeth Pitrello, | Case No.: 2:22-cv-00835-APG-EJY |
| Petitioner | |
| v. | **Order Granting Extension of Time to File Opposition to Motion to Dismiss to February 21, 2025** |
| G. Najera, et al., | |
| Respondents | [ECF No. 47] |

Mary Elizabeth Pitrello seeks an extension of time to file an opposition to respondents' motion to dismiss her amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 47.  Good cause appearing, the motion is granted.

I THEREFORE ORDER that the petitioner's motion for extension of time to file an opposition to the motion to dismiss **[ECF No. 47] is GRANTED** *nunc pro tunc*. **The deadline to oppose is extended to February 21, 2025.**

DATED this 10th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE