UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mary Elizabeth Pitrello,<br><br>  Petitioner<br><br>v.<br><br>G. Najera, et al.,<br><br>  Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to File Reply in Support of Motion to Dismiss to May 29, 2025**<br><br>[ECF No. 57] |

The respondents ask for an extension of time to file a reply in support of their motion to dismiss Mary Elizabeth Pitrello's amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 57. Good cause appearing, the motion is granted. The court notes that, absent extraordinary circumstances, it is highly unlikely to grant any further extension.

I THEREFORE ORDER that the respondents' unopposed second motion for extension of time to file a reply in support of their motion to dismiss **[ECF No. 57] is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to May 29, 2025.**

DATED this 30th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE