# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mary Elizabeth Pitrello,<br><br>    Petitioner<br><br>v.<br><br>G. Najera, et al.,<br><br>    Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to Oppose Motion for Evidentiary Hearing to June 11, 2025**<br><br>[ECF No. 59] |

The respondents ask for an extension of time to file their opposition to 28 U.S.C. § 2254 habeas corpus petitioner Mary Elizabeth Pitrello's motion for evidentiary hearing. ECF No. 59. Good cause appearing, the motion is granted.

I THEREFORE ORDER that the respondents' unopposed motion for extension of time to file an opposition to the motion for evidentiary hearing **[ECF No. 59] is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to June 11, 2025.**

DATED this 30th day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE