# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mary Elizabeth Pitrello, | Case No.: 2:22-cv-00835-APG-EJY |
| Petitioner | |
| v. | **Order Granting Extension of Time to File Reply in Support of Motion to Dismiss to June 12, 2025** |
| G. Najera, et al., | |
| Respondents | [ECF No. 60] |

The respondents ask for an extension of time to file a reply in support of their motion to dismiss Mary Elizabeth Pitrello's amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 60. Good cause appearing, the motion is granted.

I THEREFORE ORDER that the respondents' unopposed third motion for extension of time to file a reply in support of their motion to dismiss **[ECF No. 57] is GRANTED** *nunc pro tunc*. **The deadline is extended to June 12, 2025.**

DATED this 30th day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE