UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mary Elizabeth Pitrello, | Case No.: 2:22-cv-00835-APG-EJY |
| Petitioner | **Order Granting Extension of Time to Oppose Motion for Evidentiary Hearing** |
| v. | |
| G. Najera, et al., | [ECF No. 63] |
| Respondents | |

The respondents ask for an extension of time to file their opposition to Mary Elizabeth Pitrello's motion for evidentiary hearing. ECF No. 63. Good cause appearing, the motion is granted. Absent extraordinary circumstances, the court will not grant any further extension.

I THEREFORE ORDER that the respondents' motion for extension of time **(ECF No. 63) is GRANTED** *nunc pro tunc*. **The deadline to file an opposition to the motion for evidentiary hearing is extended to July 11, 2025.**

DATED this 12th day of June, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE