**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mary Pitrello,<br><br>    Petitioner<br><br>v.<br><br>William Reubart, *et al*.,<br><br>    Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Motion for Extension of Time to file to Reply in Support of Motion to Dismiss to June 26, 2025**<br><br>[ECF No. 65] |

The respondents ask for an extension of time to file a reply in support of their motion to dismiss Mary Elizabeth Pitrello's amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 65. Good cause appearing, the motion is granted. The Court is highly unlikely to grant any further extension.

I THEREFORE ORDER that the respondents' motion for extension of time to file a reply in support of their motion to dismiss **[ECF No. 65] is GRANTED** *nunc pro tunc*. **The deadline is extended to June 26, 2025.**

DATED this 18th day of June, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE