# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mary Elizabeth Pitrello,<br><br>Petitioner<br><br>v.<br><br>G. Najera, et al.,<br><br>Respondents | Case No.: 2:22-cv-00835-APG-EJY<br><br>**Order Granting Extension of Time to File Reply in Support of Motion for Evidentiary Hearing to August 1, 2025**<br><br>[ECF No. 70] |

The 28 U.S.C. § 2254 habeas corpus petitioner Mary Elizabeth Pitrello asks the court for an extension to file a reply in support of her motion for evidentiary hearing. ECF No. 70. Good cause appearing, the motion is granted. Absent extraordinary circumstances, the court will not grant any further extension.

I THEREFORE ORDER that the petitioner's motion for extension of time to file a reply in support of the motion for evidentiary hearing **[ECF No. 70] is GRANTED** *nunc pro tunc*. **The deadline is extended to August 1, 2025.**

DATED this 21st day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE